UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                    Case No. 2:22-mj-30159
                                     Originating No. CR-21-72-GF-BMM

**ROMEIRO MASED WILLIAMS**

    a/k/a "RICO",

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ROMEIRO MASED WILLIAMS,** to answer to charges pending in another federal district, and states:

    1. On **March 25, 2022** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Montana based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846- Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, 21 U.S.C.§ 841(a)(1)- Possession with Intent to Distribute Controlled Substances, and 18 U.S.C. § 2, and Forfeiture Allegations.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney


        s/Timothy Wyse
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        timothy.wyse@usdoj.gov
        (313) 226-9144

Dated: March 26, 2022